AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

TOTAL WIRELINE SERVICES, INC.

*Plaintiff(s)*

v.

M/V LORRAINE G., her Engines, Tackle Equipment, Appurtenances, etc in rem; LOPEZ FISHERIES, INC.; and, COBRA INLAND CONSTRUCTION, LLC.

*Defendant(s)*

Civil Action No. 22-672 D(2)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* COBRA INLAND CONSTRUCTION, LLC.
through its Registered Agent,
OTIS DUPONT
175 West 182nd Place
Galliano, Louisiana 70354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HARRY E. MORSE
Bohman | Morse, LLC
400 Poydras Street
Suite 2050
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 15 2022

Carol L. Michel
*Name of clerk of court*

*Deputy clerk's signature*

Case 2:22-cv-00672-WBV-DPC   Document 4   Filed 03/15/22   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-672 D(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COBRA INLAND CONSTRUCTION, LLC

was received by me on *(date)* 16 March 2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* **Federal Express**
7763 1357 7029
Delivered 03/18/2022 at 3:15pm.
See Exhibit A

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 18 March 2022

*Server's signature*

Ashley C. Fowlkes, Legal Assistant
Bohman | Morse, LLC   *Printed name and title*
400 Poydras St., Ste. 2050
New Orleans, LA 70130
Ashley@BohmanMorse.com
(504) 930-4009

*Server's address*

Additional information regarding attempted service, etc: