UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOTAL WIRELINE SERVICES, INC. | CIVIL ACTION |
| VERSUS | NO: 22-672 |
| LORRAINE G MV, ET AL | SECTION: D (2) |

## ORDER TO SHOW CAUSE

Defendants, Cobra Inland Construction, LLC and Lopez Fisheries, Inc. were served on March 18, 2022. (Rec. Doc. 11 and Rec. Doc. 13). Cobra Inland Construction, LLC and/or Lopez Fisheries, Inc. have not made an appearance.

Accordingly, **IT IS ORDERED** that, absent an appearance by Cobra Inland Construction, LLC and/or Lopez Fisheries, Inc., or request for entry of default upon Cobra Inland Construction, LLC and/or Lopez Fisheries, Inc., plaintiff(s) show cause on or before **April 26, 2022**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why this defendant should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this   12th   day of April 2022.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE