UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOTAL WIRELINE SERVICES, INC. | * | |
| | * | CA. NO. 22-672 |
| | * | |
| VERSUS | * | SECTION: "D" |
| | * | |
| M/V LORRAINE G, her engines, tackle | * | MAG. 2 |
| Equipment, appurtenances, etc *in rem*; | * | |
| LOPEZ FISHERIES, INC.; *and* | * | |
| COBRA INLAND CONSTRUCTION, LLC | * | |

**Memorandum regarding Order to Show Cause**

Total Wireline Services respectfully moves this Court for a brief extension for Cobra Inland Construction to make an appearance, by no more than one week.

Total Wireline served both Lopez Fisheries and Cobra Inland Construction timely. Counsel for Total Wireline has spoken with counsel for the M/V LORRAINE G and for Lopez Fisheries, who have, this evening, filed a motion for extension of time, with Total Wireline's consent.

Total Wireline has also spoken with, and exchanged emails with, counsel for Cobra Inland. This is one of many cases all three attorneys have had together and the relationship among counsel is amicable.

Total Wireline understands Cobra Inland's counsel intended to make an appearance in this matter today, but technical problems intervened. Therefore, undersigned counsel offered to inform the Court that counsel has assured Total Wireline that Cobra Inland will make an appearance as soon as possible, and certainly within the week, once the technical issue is resolved.

Respectfully submitted,

**BOHMAN | MORSE, LLC**

/s/Harry E. Morse
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA  70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744
E-MAIL: HARRY@BOHMANMORSE.COM
E-MAIL: MARTIN@BOHMANMORSE.COM

Attorneys for Total Wireline Services, Inc.